[Crim. No. 14387. First Dist., Div. Four. Nov. 18, 1981.]

THE PEOPLE, Plaintiff and Respondent, v.
JEFFREY RICHARD ROBBINS, Defendant and Appellant.

**OPINION**

THE COURT.*—The Supreme Court of the United States granted certiorari after our decision in *People* v. *Robbins* (1980) 103 Cal.App.3d 34 [162 Cal.Rptr. 780]. On July 1, 1981, the United States Supreme Court issued its mandate in *Robbins* v. *State of California*, 453 U.S. 420 [69 L.Ed.2d 744, 101 S.Ct. 2841], remanding the cause to this court "for further proceedings not inconsistent with [its] opinion...." No disposition other than reversal would be consistent with that opinion.

The judgment is reversed. The purported appeal from the order denying suppression of evidence is dismissed.

---

*Before Caldecott, P. J., Rattigan, J., and Christian, J.